STATE OF NEW JERSEY v. WILLIE LEGRAND.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DELLWOOD KELLAM.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOANNE DRAKEFORD.

STATE OF NEW JERSEY v. EDWARD C. BESSLEY.

STATE OF NEW JERSEY v. ADNAN SHUCAI.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ELLIS.

October 28, 1986.

Petition for certification denied.